SETON HALL UNIVERSITY SCHOOL OF LAW
## CENTER FOR SOCIAL JUSTICE
FAMILY LAW CLINIC
833 McCarter Highway
Newark, New Jersey 07102

Kevin B. Kelly, Esq., Associate Clinical Professor
   Kevin.Kelly@shu.edu
Jessica Miles, Esq., Visiting Assistant Clinical Professor
   Jessica.Miles@shu.edu

(973) 642-8700
Fax (973) 642-5939

October 29, 2010

The Honorable Stanley R. Chesler, U.S.D.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey, 07101

      Re:   **MIRNA JUDITH RODRIGUEZ CARNELLI v. TANCREDO ANTONIO CANABE PAZ. 10-3083 (SRC)**

Dear Judge Chesler,

    We represent the Petitioner, Mirna Judith Rodriguez Carnelli, in the above matter. We received a request on October 28, 2010 from Respondent's newly retained counsel, Anthony Guerino, Esq., for additional time to respond to Petitioner's motion that is calendared for November 15, 2010. This motion has already been adjourned from the original motion date of November 1, 2010.

    We are sympathetic to counsel's request, as there is limited time for him to turnaround a response by his reply date of November 1, but we are unable to adjourn the motion to the next motion date, December 6, 2010, as I am out of state on that date. However, we informed counsel that, should the Court be willing to hear the matter on a non-motion date, we would be willing to adjourn to the following dates: Monday, November 22, 2010, Wednesday, November 24, 2010, Monday, November 29, 2010, or Wednesday, December 1, 2010. This would set counselor's reply date to, Monday, November 8, 2010, Wednesday, November 10, 2010, Monday, November 15, 2010, or Wednesday, November 17, 2010, respectively.

    In light of our client's interest in the return of her child, we are not comfortable with an adjournment to a further motion date beyond what we have described above.

Respectfully Yours,

*/s/ Kevin B. Kelly*

Kevin B. Kelly, Esq.

cc: Anthony Guerino, Esq., via Facsimile (973)-589-2022