Anthony H. Guerino Esq.
92 Elm Road
P.O. Box 1982
Newark, New Jersey 07102
(973) 589-7673
Attorney for Respondent

| | |
|---|---|
| IN RE THE APPLICATION OF MIRNA JUDITH RODRIGUEZ CARNELLI,<br><br>*Petitioner,*<br><br>vs.<br><br>TANCREDO ANTONIO CANABE PAZ,<br><br>*Respondent* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No: 10-3083 – 3083 (SRC)<br><br>CERTIFICATION OF<br>DANIEL NICOLAS CANABE |

I, Daniel Nicolas Canabe do hereby certify as follows:

1. I was born in Belleville, New Jersey, on September 20, 1996, and am fourteen (14) years of age.

2. I am a United States Citizen and presently reside with my Dad at 354 Forest Street, Kearny, New Jersey, a two-family residence.

3. I attend Kearny High School and am in my freshman year where I am doing well scholastically and socially. I am taking seven (7) courses and maintaining a solid B average. I have many friends, both male and female and have an active, happy social life.

4. It is my understanding that my Mother has filed Court papers to have me leave the United States to live with her in Argentina.

5. I love my Mother and Father equally, but I want to continue to live with my Father and grow up in the United States, as I thought that it was going to be since my Mother sent me to the United States to enroll in school.

6. I would also like to spend time with my Mother, either here in the United States, or in Argentina, or wherever she may live during the Summer or other vacation time.

   On at least three (3) to four (4) times per week, I communicate with my Mother via the Internet most of the time, and on occasion, by texting.

7. I enjoy a good relationship with both of my Parents and have openly expressed my desire with both of them, to remain in the United States.

   I have assured my Mother that I am doing well in school, enjoy a good social life, and that Dad, my Sister, and all of our relatives are treating me well.

   She has stated to me that she is happy for me but where I wind up living is up to the Judge and she has nothing to do with where and with whom I will be living.

8. Over the past five (5) years, I have lived in Uruguay, Spain and England. At this time I strongly wish to live in the United States until I at least finish High School

   As I have said, I do communicate with my Mother on a regular basis and maintain a good relationship with her, and want to visit with her during summers or on my vacation time, but do not want to leave this country under any circumstances to live in Argentina or any other country.

9. I have made this decision on my own, without any outside influence or force on the part of anyone, but because I am mature enough to know what will make me happy and allow me to achieve my life's goals. I hope both of my parents will respect my intelligence and my wishes with respect to this issue both now and in the future.

   I hereby certify that the foregoing statements made by me are truthful and that if I have misrepresented the truth, I am subject to penalty as provided by law.

Date: 11/11/10

_Daniel Nicholas Canabe_ (signature)
Daniel Nicolas Canabe