# EXHIBIT A

```
312 MORRIS AVE                              BOOKING REF ZCBDFI
ELIZABETH            NJ 07208               AGENT L3/L3
TELEPHONE: 908 355 7670
FAX      : 908 353-7389                     CANABE/DANIEL NICOLAS

   DANIEL CANABE
   354 FOREST STREET 2ND FLOOR
   KEARNY NJ 07032

ACCOUNT NUMBER 2019982273

CONTINENTAL AIRLINES   25JUL  LONDON           NEWARK NJ         1025A    115P
CO 29                SATURDAY  HEATHROW         LIBERTY INTL
Q ECONOMY                     TERMINAL 4       TERMINAL B
                              LUNCH                               NON STOP
                              RESERVATION CONFIRMED               7:50 DURATION
             AIRCRAFT: BOEING 777-200/300
                      SEAT 43K NO SMOKING CONFIRMED

CONTINENTAL AIRLINES   01SEP  NEWARK NJ         LONDON            900A    920P
CO 18                 TUESDAY  LIBERTY INTL     HEATHROW
)
V ECONOMY                     TERMINAL C       TERMINAL 4
                              BREAKFAST/SNACK                    NON STOP
                              RESERVATION CONFIRMED               7:20 DURATION
             AIRCRAFT: BOEING 757-200/300
                      SEAT 30A NO SMOKING CONFIRMED
------------------------------------------------------------------------

                                   INVOICE TOTAL USD          899.00
         PAYMENT: *CASH
------------------------------------------------------------------------
RESERVATION NUMBER(S)   CO/DFMHMV

ETKT:CO 005 7565277357

== 899
PASSENGER IS RESPONSIBLE FOR ANY REQUIRED TRAVEL DOCUMENTS**
TKTS ARE NOT REFUNDABLE IN CASE OF NO SHOW/LACK OF TRAVEL DOCS
PLEASE SHOW UP AT THE AIRPORT 3 HOURS PRIOR TO DEPARTURE
CUSTOMER SERVICE PHONE 954 630 0060 EXT. 3156
```

# EXHIBIT B

# KEARNY PUBLIC SCHOOLS
## PUPIL PROGRESS REPORT
### GRADE 3

NAME: Daniel Canabe
SCHOOL: Franklin
TEACHER: Mrs. McNamara
YEAR: 2005-06
GRADE: 3

**SKILL INDICATORS**
S = Satisfactory
N = Unsatisfactory

**SUBJECT AREA RATING SCALE**
A Excellent work
B Above average performance, Satisfies grade level requirements
C Satisfies grade level requirements
D Below average performance
F Failing

| INTEGRATED LANGUAGE ARTS | REPORTING PERIOD | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| **READING** | C | B | | |
| Applies vocabulary | S | S | | |
| Demonstrates an understanding of text | S | S | | |
| Reads silently for a sustained period | S | S | | |
| Displays effort | S | S | | |
| Demonstrates an understanding of skills | S | S | | |
| **WRITING** | C+ | C+ | | |
| Demonstrates correct use of the writing process | S | S | | |
| Expresses ideas clearly | S | S | | |
| Uses correct grammar and punctuation | S | S | | |
| Displays effort | S | S | | |
| Writes legibly | S | S | | |
| **SPELLING** | A+ | A+ | | |
| Learns assigned spelling words | S | S | | |
| Spells correctly in written work | S | S | | |
| Displays effort | S | S | | |
| **SPEAKING AND LISTENING** | | | | |
| Expresses his/her ideas appropriately | S | S | | |
| Asks appropriate questions | S | S | | |
| Uses appropriate presentation skills | S | S | | |

World Language - Spanish

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **MATHEMATICS** | B | B | | |
| Knows facts | S | S | | |
| Computes accurately | N | N | | |
| Displays accuracy in mental math activities | S | S | | |
| Understands concepts | S | S | | |
| Applies problem-solving strategies | S | S | | |
| Uses calculator effectively | | | | |
| Displays effort | S | S | | |
| **SCIENCE** | B | B | | |
| Demonstrates understanding of scientific method | S | S | | |
| Participates in class discussions | S | S | | |
| Participates in hands-on activities | S | S | | |
| Displays effort | S | S | | |
| **SOCIAL STUDIES** | B | B | | |
| Comprehends map skills | S | S | | |
| Participates in class discussions | S | S | | |
| Displays effort | S | S | | |
| **SOCIAL ATTITUDES** | | | | |
| Exercises self-control | S | S | | |
| Works well with others | S | S | | |
| Respects rights of others | S | S | | |
| Takes care of personal and school property | S | S | | |
| Is dependable | S | S | | |
| Is attentive to peers and adults | S | S | | |
| **WORK AND STUDY SKILLS** | | | | |
| Follows directions | S | S | | |
| Completes assignments in required time | S | S | | |
| Works well independently | S | S | | |
| Contributes in group work | S | S | | |
| Completes homework | S | S | | |
| Writes legibly | S | S | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| PHYSICAL EDUCATION | S | S | | |
| ART | S | S | | |
| HEALTH | S | S | | |
| LIBRARY/MEDIA SKILLS | S | S | | |
| GENERAL MUSIC | S | S | | |
| ENGLISH/SECOND LANGUAGE (ESL) | NA | NA | | |

Your child has been:
☒ Promoted to
☐ Assigned to Grade 4 Room ___
☐ Retained in

**COMMENTS**

PERIOD ONE:

PERIOD TWO:

PERIOD THREE:

PERIOD FOUR:

**RECORD OF ATTENDANCE**

| Month | S | O | N | D | J | F | M | A | M | J |
|---|---|---|---|---|---|---|---|---|---|---|
| ABSENT | | | | | | | | | | |
| TARDY | | | | | | | | | | |

# EXHIBIT C

Dear Betsy:

Tikanis? I hope all is well with you and the family. Thank you sooo much for helping us with Danny, I feel safe that he is being picked-up by you.

Needless to say I am very sad that things had to turn out this way and once again I find myself struggling to find a way to survive but hey! I guess that is what life is all about, or at least what I have to endure, right?

I will be in Argentina, studying and working so I can return home. Norberto too will be studying and in 2-years we will get our degrees and get a job contract in U.S.A or Canada.

Europe is not for us, it is too expensive and the crisis hit so hard that people are even struggling to find a job at local restaurants!

My boss is an economist and he assured me that I am making the right choice ~~so~~ by going to Argentina because not only we have a home there, but also FREE EDUCATION.

I will work very hard to achieve my goal and Norberto will help me.

I have my Italian passport so we can travel to Canada and perhaps we can meet out-there for a week or so, what do you think? Bring Danny and the kids, of course!

Please keep an close-eye on Danny and always let me know what is going on, OK?

I'm giving you my address in Argentina and my phone number. here it is:

```
SARMIENTO 1137
LANUS ESTE
PROVINCIA DE BUENOS AIRES (1824)
ARGENTINA
```

Teléfono: 011 + 5411 + 42473126
Email: MIRNA5483@HOTMAIL.COM

Neni has a way to get a hold of me thru FACEBOOK which is faster also, so please let her know ok? Remember I am going to be thinking of you and my dear son, which tears me apart to know I will not see until next summer. I love him and I am going to sacrifice once again to try to be with him back home, where I belong. U.S.A.
I miss you and everyone who is special in my life.
Please keep in touch, ok?

With all my love,

Besos                    Mirna.

P.D.: Saludos a Oscar and your wonderful kids, tell them I said hi :)